ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS AND TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

                        Plaintiffs,

    -against-

CARABIE CORPORATION AND LIBERTY MUTUAL
INSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------------x

Index No.:

RULE 7.1

BRIEANT

07 CIV 11406

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated: December 13, 2007

                                                                                Dana L. Henke, Esq. (DLH3025)