STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

| | | |
|---|---|---|
| Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of The District Council 9 Painting Industry Insurance and Annuity Funds | Plaintiff(s) | 07 CIV 11406 |
| against | | |
| Carabie Corporation and Liberty Mutual Insurance Company | Defendant(s) | |

RE: Liberty Mutual Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs:
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on December 24, 2007 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

    Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
    Attorneys at Law
    258 Saw Mill River Road
    Elmsford, New York 10523

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

    Corporation Service Company
    Liberty Mutual Insurance Company
    80 State Street
    Albany, New York 12207-2543

*Clark J. Williams* (signature)

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, December 26, 2007
425138    C.A.#188942