## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 11406                                   Purchased/Filed: December 19, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds
and Trustees of The District Council 9 Painting Industry Insurance and Annuity Funds        Plaintiff

against

Carabie Corporation and Liberty Mutual Insurance Company        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 26, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint on

_____Carabie Corporation_____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __42__   Approx. Wt: __145__   Approx. Ht: __5'8"__
Color of skin: __Black__   Hair color: __Black__   Sex: __F__   Other: _____

Sworn to before me on this

__28th__ day of _____December, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice·Work Order # SP0710871

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179