UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK     Index No.: 07-CIV-11406 (CLB)
EMPLOYEE TRUST FUNDS AND TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY   **VOLUNTARY NOTICE**
INSURANCE AND ANNUITY FUNDS,               **OF DISMISSAL & ORDER**

                      Plaintiffs,

    -against-

CARABIE CORPORATION AND LIBERTY
MUTUAL INSURANCE COMPANY,

                    Defendants.
----------------------------------------------------------------x

    Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: February 5, 2008
       Elmsford, New York

                                       Dana L. Henke, Esq. (DLH3025)
                                       Attorney for Plaintiff
                                       258 Saw Mill River Road
                                       Elmsford, New York 10523
                                       (914) 592-1515

SO ORDERED

_Charles Brieant_
Honorable Charles L. Brieant, U.S.D.J.

dated February 6, 2008